| 1. Person Reporting *(Last name, first, middle initial)*<br><br>HAND, WILLIAM BREVARD | 2. Court or Organization<br>**U.S. District Court**<br>**Southern District of Alabama** | 3. Date of Report<br>07/17/2006<br>Page 1 of 5 |
| --- | --- | --- |
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Article III Senior District Judge | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial  **X** Annual  ___ Final | 6. Reporting Period<br><br>1/1/2005 thru 12/31/2005 |
| 7. Chambers or Office Address<br>U. S. Courthouse<br>113 St. Joseph Street<br>Mobile, AL 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| ☐ NONE (No reportable positions.) | |
| 1 ▬▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬ |
| 2 ▬▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬ |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| **X** NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
| --- | --- | --- |

A. Filer's Non-Investment Income

| **X** NONE (No reportable non-investment income.) | | |
| --- | --- | --- |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| **X** NONE (No reportable non-investment income.) | | |
| --- | --- | --- |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts.) | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities.) | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

HAND, WILLIAM BREVARD

Date of Report

07/17/2006
Page 3 of 5

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 2 ▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 3 ▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 4 ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 5 ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 6 ▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 7 ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 8 ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 9 ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 10 ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 11 ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 12 ▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 13 ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | | | | | | | |
| 14 ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ | | | | | | | | |
| 15 ▮▮▮▮▮▮▮ | ▮▮▮▮▮ | | | | | | | | |
| 16 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | | | | | | |
| 17 ▮▮▮▮▮▮▮▮▮ | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

HAND, WILLIAM BREVARD

Date of Report
07/17/2006

Page 4 of 5

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 ▅▅▅▅ | ▅▅▅▅▅ | | | | | | | | |
| 19 ▅▅▅▅▅ | ▅▅▅▅▅▅ | | | | | | | | |
| 20 ▅▅▅▅▅▅ | ▅▅▅▅ ▅ | | | | | | | | |
| 21 ▅▅▅▅▅ | ▅▅▅▅▅▅ | | | | | | | | |
| 22 ▅▅▅▅▅ | ▅▅▅▅▅▅ | | | ▅▅▅▅▅▅ | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A $1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                    Date _____ JULY 17, 2006 _____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544